# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINSON HALL,<br>　　Plaintiff,<br><br>　　　　v.<br><br>DANIEL FISCHER, et al.,<br>　　Defendants. | CV 21-4685 DSF (ASx)<br><br>JUDGMENT |

　　The Court, having found it lacks subject matter jurisdiction over Plaintiff Vinson Hall's first amended complaint,

　　IT IS ORDERED AND ADJUDGED that Hall take nothing and that Hall's first amended complaint be dismissed without leave to amend.

　　IT IS SO ORDERED.

Date: September 10, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge